AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Steven Ruffin<br><br>*Plaintiff(s)*<br>v.<br>The City Of New York, Louis Scarcella, Ivan Rivera, Steven Ruffin, Jorge Guzman, David Carbone, Frank DeLouisa, Anthony Baker, John Salley, and Michael Titus, in their official and individual capacities<br>*Defendant(s)* | Civil Action No. 25-2138 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The City of New York
Attn: Corporate Counsel
100 Church Street
New York, New York 10007
See attached rider for remaining defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rudin, Esq.
The Law Offices of Joel B. Rudin, P.C.
152 West 57th Street, 8th Floor
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

**Names and Addresses of Remaining Defendants for Whom Summons are Requested**

**Louis Scarcella**, Shield #92, Tax #868997
260 Sandalwood Drive, Apartment 2F
Staten Island, New York 10308
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Ivan Rivera**, Shield #5434, Tax #912690
1164 South Community Drive
Jupiter, Florida 33458
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Steven Ruffin**, Shield #28738, Tax #886425
319 Drake Drive
Middletown, Delaware 19709
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Jorge Guzman**, Shield #2114, Tax #879050
261 Lockman Avenue, Apartment C10
Staten Island, New York 10303
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**David Carbone**, Shield #1685, Tax #883604
1108 Culper Drive
South Setauket, New York 11720
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Frank DeLouisa**, Shield #933, Tax #877174
2 Uptom Pine Road
Lebanon, New Jersey 08833
OR
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Names and Addresses of Remaining Defendants for Whom Summons are Requested**

**Anthony Baker**, Shield #638, Tax #883014
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**John Salley**, Shield #2821, Tax #874727
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

**Michael Titus**, Shield #4210, Tax #874819
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038